In the Matter of ANNE " K "*, Respondent, v. RICHARD " L "*, Appellant.— *Per Curiam.*

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum *Per Curiam.*

NANCY ADAMS et al., Appellants, v. ROBERT ADAMS et al., Respondents. — MEMORANDUM BY THE COURT.

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by the court.